February 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF A.F.R, B.R.L., S.M.L., AND E.J.R., CHILDREN

NO. 14-13-01070-CV            V.
NO. 14-13-01071-CV
NO. 14-13-01072-CV

—————————————————

Today the Court heard its own motion to dismiss the appeal from the judgments signed by the court below on October 14, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.